**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6439**

UNITED STATES OF AMERICA,

            Plaintiff - Appellee,

      v.

JOHN ANTHONY FRILANDO, a/k/a Chino Frilando,

            Defendant - Appellant.

Appeal from the United States District Court for the District of
South Carolina, at Florence.  C. Weston Houck, Senior District
Judge.  (4:97-cr-00084-CWH-1)

Submitted:  May 31, 2012                 Decided:  June 6, 2012

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John Anthony Frilando, Appellant Pro Se.  Alfred William Walker
Bethea, Jr., Assistant United States Attorney, Florence, South
Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Anthony Frilando appeals the district court's order granting his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Frilando, No. 4:97-cr-00084-CWH-1 (D.S.C. Feb. 29, 2012); see United States v. Dunphy, 551 F.3d 247, 251–52 (4th Cir. 2009) (holding that § 3582(c)(2) does not authorize sentence below minimum of amended Guidelines range); U.S. Sentencing Guidelines Manual § 1B1.10(b)(2) (2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED